# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

_Jason D. Penninger_,  
**PLAINTIFF**  
[Type or print your name on the line above]

v.

_Indiana Dpt. of Corrections et al._,  
**DEFENDANT**  
[Type or print only the name of the first person you are suing. List everyone you are suing on page 2.]

SCANNED at MCF and Emailed on 9-24-19 by MJH · 7 pages  
(Date)   (Initials)   (num)

Cause No. _3:19-cv-295-DRL-MGG_  
[Leave this blank, the clerk will supply the cause number when your case is received.]

## Amended PRISONER COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. PLAINTIFF [You are the plaintiff in this lawsuit. Neatly print or type your information below.]

1. _Jason_ _D_ _Penninger_ _____  
   Name: First      Middle      Last           Offender Number

2. Where are you being held: _Miami Correctional Facility_  
   [name the prison or jail where you are incarcerated]

3. What is the address: _3038 W. 850 S. Bunkerhill IN 46914_

3a. What is the telephone number: _n/a_

4. Did the things that you are suing about happen in the place listed above:

   ☐ YES, it happened here in the same facility I am being held at today.

   ☑ NO, it happened at _Michigan City Prison_.

5. Did the things that you are now suing about, happen:

   ☐ before you were confined, or

   ☐ when you were confined awaiting trial, or

   ☑ after conviction while confined serving a sentence.

(Revised March 2002)

B. DEFENDANT(S) How many defendants are you suing: __5__

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, <u>number</u> them.]

| # Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|
| 1. John Doe | warden | michigan city |
| 2. J. Rodrigues | C.O. | michigan city |
| 3). Abbassi | C.O. | michigan city |
| 4). Blankly | C.O. | michigan city |
| 5). Lt. Watson | Lt. | michigan city |
| 6). | | |

## II. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?

☑ YES     ☐ NO

B. If yes, did you file a grievance about the things you are suing about?

☑ YES  *[Attach the response from the final step of the grievance process.]*

☐ NO  *[Explain why you did not file a grievance.]* _____

_____
_____
_____
_____

2

## III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation. **Number your paragraphs.**

1) C/O Rodrigues - wrote in his statement what he didnt do such as not having keys to Remove me "Jason Pensinger" off the Range or to put out the Fire All he could do is yell for Help while the Flesh was Burning and screaming for help. I Begged to be let out away from the smoke - screaming and smell my life was in danger because the co's werent Prepared for this kind of Emergence, and my safety and security was Violated.

2) C/O ABBassi - was running on and off the Range screaming and yelling for help and she also had no keys and her yelling seemed to get louder the more the Inmate screamed for help. Then she stared screaming That she couldnt help. Once Again I was made to and Forced to Breath in the smoke From the Burning Flesh and

3

*Cause(s) of Action with Supporting Facts (continued)*

and the smell and hearing the screaming for help As the Inmate was Burning to Death. my life was Indanged and safty and Security was violated.

3). Lt. Watson - he was with the keys and he yelled to the CO's "Fuck Them Inmates, don't let them out of thier cells." and Lt. Watson Refuse to let me out of my cell and I was made to Breath Block smoke and smell of Burning Flesh. I Through up and was having trouble Breathing Lt. Watson Indangered my life and Violated Policys and my Amendment Rights.

4). CO. Blokley Refused to help at all This CO Stood Around listing to and doing what Lt. Watson said and gave orders. and Acted like They couldn't Believe what Lt. Watson had Said "Fuck the Inmates let them Die, and whatch the Inmate Die of Burning to death. Whatch Indanged my life Violated Policys and my Amendment Rights and safty and security for my life.

4

## IV. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint? ☒ NO    ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

Judge: _____ Docket Number: _____

Date filed: _____ Date closed: _____

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: A lawsuit filed on this form cannot restore good time, expunge your record or get you released from custody.** For this type of relief, you must file a Habeas Corpus case under 28 U.S.C. § 2254.

I'm Requesting That the Court Find in my Favor and compensate me for the Endangering my life and violation of my Amendments Rights. and Being Delibrate and Indifferent to my situation. I Beg the Courts to Also Have the Defendants pay me a cost award of $500,000.00 Each Defendant Totaling $3 million dollars Also This would Include actual damages, nominal damages, future damages and All other damages Including attorney Fees. Also $100,000.00 for Training of C.O.'s Incase This happens Again to Prevent any other Inmates of going Through This Situation

5

## VI. VERIFICATION AND SIGNATURE

## Initial Each Statement and Sign at the Bottom

_____ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

_____ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_____ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_____ I have included full payment of the filing fee **OR** attached a properly completed prisoner petition to proceed *in forma pauperis* (available from the clerk) with a copy of my prison trust fund account statement for the six months preceding the filing of this case.

_JP_ I agree to promptly notify the clerk of any change of address.

_JP_ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_JP_ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this __24__ day of __September__, 20__19__.

_____
Your Signature

Mail all of these papers to the appropriate Clerk's office - see next page for addresses.

FOR THE FORT WAYNE DIVISION:

> OFFICE OF THE CLERK
> UNITED STATES DISTRICT COURT
> 1108 E. ROSS ADAIR COURTHOUSE
> 1300 S. HARRISON STREET
> FORT WAYNE, IN 46802

FOR THE HAMMOND DIVISION:

> OFFICE OF THE CLERK
> UNITED STATES DISTRICT COURT
> 5400 FEDERAL PLAZA, SUITE 2300
> HAMMOND, IN 46302

FOR THE SOUTH BEND DIVISION:

> OFFICE OF THE CLERK
> UNITED STATES DISTRICT COURT
> 102 ROBERT A. GRANT COURTHOUSE
> 204 S. MAIN STREET
> SOUTH BEND, IN 46601

FOR THE LAFAYETTE DIVISION:

> OFFICE OF THE CLERK
> UNITED STATES DISTRICT COURT
> 214 CHARLES HALLECK FEDERAL BLDG.
> 230 NORTH FOURTH STREET
> LAFAYETTE, IN 47901