## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

| | |
|---|---|
| **JASON D. PENNIGER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) No.  3:19-cv-00295-DRL-MGG |
| | ) |
| **INDIANA DEPARTMENT OF** | ) |
| **CORRECTIONS,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT, STATEMENT OF AFFIRMATIVE DEFENSES, AND JURY DEMAND

Defendant, Anthony Watson, by counsel, J. Derek Atwood, Deputy Attorney General, answers Plaintiff's Complaint for Damages [ECF 2] and the Amended Complaint [ECF 16] subject to this Court's screening order [ECF 23] as follows:

1. Defendant admits the allegations in the complaint that are consistent with the following facts:

   a. Defendant admits this Court has jurisdiction to hear Plaintiff's claims.

   b. Defendant admits that venue is proper.

   c. Defendant admits that during times relevant to the Plaintiff's Complaint that the Plaintiff, Jason Penninger, was incarcerated at the Indiana State Prison in Michigan City, Indiana.

   d. Defendant admits that Defendant Anthony Watson was a correctional officer at the Indiana Department of Correction at the Indiana State Prison at the times relevant to this complaint.

2. Defendant denies all remaining material allegations set forth in the Plaintiff's Complaint.

3. Defendant denies that Plaintiff is entitled to any relief.

4. Any allegations in the Complaint which are not specifically admitted or denied are denied. Defendant reserves the right to amend his answer.

## STATEMENT OF AFFIRMATIVE AND OTHER DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted under 42 USC §1983.

2. Plaintiff's rights, privileges, and immunities secured under the Constitution have not been violated by any alleged action or omission of the Defendant.

3. Defendant's actions were objectively reasonable and did not violate any clearly established principle of Federal law; therefore, Defendant is entitled to qualified immunity.

4. Some or all of Plaintiff's claims may be barred by the doctrines of sovereign immunity, qualified immunity, discretionary immunity, or any other applicable immunity.

5. Defendant at all times acted reasonably, without malice, and in good faith.

6. Defendant respectfully reserve any and all rights they may have to raise additional defenses as discovery in this cause continues or as justice so requires.

## JURY TRIAL DEMAND

Defendant requests a trial by jury.

WHEREFORE, Defendant, Anthony Watson, respectfully requests that Plaintiff take nothing by way of his complaint, that judgment be entered in Defendant's favor, and that the Court grant all other just and proper relief.

Respectfully submitted,

Office of the Indiana Attorney General

By:    J. Derek Atwood
       Deputy Attorney General
       Attorney No. 33947-49

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Further, I certify that a copy of the foregoing has been duly served upon the party of record listed below by United States mail, first-class postage prepaid, on January 29, 2021.

Jason D. Penniger
DOC #936946
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914

J. Derek Atwood
Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South – 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:   (317) 232-8213
Fax:         (317) 232-7979
Email:        Derek.Atwood@atg.in.gov