UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JASON D. PENNINGER,

    Plaintiff,

v.    CAUSE NO. 3:19-CV-295 DRL

INDIANA DEPARTMENT OF
CORRECTIONS *et al.*,

    Defendants.

PROPOSED VERDICT FORM

1. Do you find that Mr. Jason D. Penninger has proven by a preponderance of the evidence his Eighth Amendment deliberate indifference claim against Lieutenant Anthony Watson? (circle one)

    YES    NO

ONLY if you answered "YES" to Question 1, please answer the following questions:

1. What do you find to be the total amount of compensatory damages against this defendant, if any?

   $ _____

2. What do you find to be the total amount of nominal damages against this defendant, if any?

   $ _____

3. What do you find to be the total amount of punitive damages against this defendant, if any?

   $ _____